IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | Criminal No. 1:20-cr-00046-SPB |
| DONALD ROBERT WITHEROW, Defendant. | District Judge Susan Paradise Baxter |

## CHANGE OF PLEA

Defendant, **DONALD ROBERT WITHEROW**, withdraws his Plea of Not Guilty and enters a Plea of Guilty to Counts Two and Three of the Superseding Indictment in open court this 16th day of June 2022.

_____
**Defendant's Signature**

_____
**Attorney for Defendant**